**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAR PHARMACEUTICAL, INC., and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | C.A. No. 13-cv-1524-SLR <br><br> **REDACTED VERSION D.I. 79** <br> **Filed:  July 16, 2014** |

**PLAINTIFF TAKEDA PHARMACEUTICAL U.S.A., INC.'S
SUPPLEMENT TO ITS REPLY IN SUPPORT OF ITS MOTION
<u>FOR LEAVE TO FILE AN AMENDED COMPLAINT</u>**


# TABLE OF AUTHORITIES

**Cases**

*Lang v. Pac. Marine & Supply Co.*,
   895 F.2d 761 (Fed. Cir. 1990) ................................................................................................ 1

*Novartis Pharms. Corp. v. Wockhardt USA LLC*,
   No. 13-1028, 2013 WL 5770539 (D.N.J. Oct. 23, 2013) .......................................................... 1



1

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
mbourke@wcsr.com
Phone: (302) 252-4333

*Attorneys for Takeda Pharmaceuticals U.S.A., Inc.*

OF COUNSEL:

Tryn T. Stimart
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
8065 Leesburg Pike, 4th Floor
Tysons Corner, VA 22182-2738
tstimart@wcsr.com

Jeffrey I. Weinberger
Ted G. Dane
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
jeffrey.weinberger@mto.com
ted.dane@mto.com

Eric K. Chiu
Amy Greywitt
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
eric.chiu@mto.com
amy.greywitt@mto.com


Dated: July 10, 2014
Redacted: July 16, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 16, 2014, upon the following individuals via electronic mail:

Aziz Burgy
Janine A. Carlan
Bradford Frese
Richard J. Berman
Rhiannon I. D'Agostin
Stephen Yang
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20036-5342
aziz.burgy@arentfox.com
Janine.carlan@arentfox.com
bradford.frese@arentfox.com
Richard.berman@arentfox.com
Rhiannon.dagostin@arentfox.com
Stephen.yang@arentfox.com

Steven J. Fineman
Katharine Crawford Lester
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
fineman@rlf.com
lester@rlf.com

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)